IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. BRENT GUNNELS

CASE NO: 3:12-cr-00024-13-RRB-JDR

---

Defendant BRENT GUNNELS,

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_\_ Released to _____, the third party custodian(s)

\_\_\_\_\_ Paid cash bail in the amount of _____ to the Clerk of Court

\_\_\_\_\_ Posted unsecured bond in the amount of _____

\_\_\_\_\_ Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court

\_\_\_\_\_ Surrendered passport to the Clerk of Court

X  Other  OWN Recognizance

Dated at Anchorage, Alaska this 12th day of September, 2012.

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 9/12)